UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOVADAQ TECHNOLOGIES, INC., ) | Case No. 5:14-cv-04853-PSG |
| ) | |
| Plaintiff, ) | **CASE SCHEDULING ORDER** |
| ) | |
| v. ) | **(Re: Docket No. 24)** |
| ) | |
| KARL STORZ GMBH & CO. KG, et al., ) | |
| ) | |
| Defendant. ) | |

Based on the parties' joint case management statement[1] and this week's case management conference,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case. However, the parties may conduct 10 fact depositions, excluding expert witness depositions from this standard number of approved depositions under the Federal Rules.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is March 20, 2015.

---

[1] *See* Docket No. 24.

[2] *See* Docket No. 25.

1

Case Nos. 5:14-cv-04853-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the parties shall contact Judge Nathanael Cousins to schedule a settlement conference by January 29, 2015, to be set no later than June 30, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | June 14, 2015 |
| Designation of Experts | June 28, 2015 |
| Expert Discovery Cut-Off | August 28, 2015 |
| Last Day to Hear Dispositive Motions | October 2, 2015 |
| Pre-Trial Conference | December 1, 2015 at 10 a.m. |
| Jury Trial | January 4, 2016 at 9:30 a.m. |

**SO ORDERED.**

Dated: January 22, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge