Alfredo A. Bismonte (Cal. Bar. No. 136154)
Beck, Bismonte & Finley, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckllp.com


Wesley W. Whitmyer, Jr. (*pro hac vice*)
Walter B. Welsh (*pro hac vice*)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Tel: (203) 324-6155
Fax: (203) 327-1096
Email:  wwhitmyer@ssjr.com
        wwelsh@ssjr.com
        litigation@ssjr.com

Attorneys for Defendant,
Karl Storz GmbH & Co. KG and
Karl Storz Endoscopy-America, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NOVADAQ TECHNOLOGIES INC.<br><br>Plaintiff,<br><br>v.<br><br>KARL STORZ GMBH & CO. KG and KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Defendants. | **Case No. 5:14-04853 -PSG**<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**Hon. Nathanael M. Cousins** |

Case No. 5:14-04853-PSG
ORDER TO CONTINUE SETTLEMENT CONFERENCE

1  By an Order Setting Settlement Conference dated February 5, 2015 a settlement conference was scheduled in the courtroom of the Hon. Nathanael M. Cousins in this matter on April 23, 2015 at 9:30 a.m. (Dkt. No. 29).

Defendants Karl Storz GmbH & Co. KG ("KST") and Karl Storz Endoscopy-America, Inc. ("KSEA") (collectively "KS" or "Defendant") request that the Court continue the settlement conference until 1:00 pm on Tuesday, April 28, 2015 (the "Request."). The Defendants' Request further noted that the Hon. Paul S. Grewal issued a discovery order on March 27, 2015. (Dkt. 47) and that the Defendant's intend to fully comply with that order, and do not seek to alter or extend the deadlines associated with that discovery order through this Request to continue.

Defendants' Request was unopposed by Plaintiff.

WHEREFORE, GOOD CAUSE HAVING BEEN FOUND, Defendants' Request is hereby granted and the court orders as follows:

1. The settlement conference currently scheduled for April 23, 2015 at 9:30 a.m. in Courtroom 7, 4th Floor, 280 South First Street, San Jose, California is hereby continued until April 28, 2015 at 1:00 p.m.

2. The parties' deadline to serve and email the Settlement Conference Statement pursuant to the Settlement Conference Standing Order (Dkt. 29-1) is continued consistent with the continued settlement conference.

3. No other deadlines set by the court are altered by way of this Order.

IT IS SO ORDERED.

Date:   April 3, 2015



Case No. 5:14-04853-PSG
ORDER TO CONTINUE SETTLEMENT CONFERENCE
1