UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOVADAQ TECHNOLOGIES, INC., | Case No. 5:14-cv-04853-PSG |
| Plaintiff, | **ORDER RE: KARL STORZ'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| KARL STORZ GMBH & CO. KG, et al., | **(Re: Docket No. 125)** |
| Defendants. | |

Defendants move for leave to file a motion for reconsideration of the court's June 3, 2015 order.[1] Plaintiff Novadaq Technologies, Inc. shall respond by 5:00 p.m. tomorrow, June 17, 2015.

**SO ORDERED.**

Dated: June 16, 2015

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 108, 125.

1
Case No. 5:14-cv-04853-PSG
ORDER RE: KARL STORZ'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION