UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVADAQ TECHNOLOGIES, INC., <br><br>　　　　Plaintiff, <br><br>　　　v. <br><br> KARL STORZ GMBH & CO. K.G., et al., <br><br>　　　　Defendants. | Case No. 14-cv-04853-PSG <br><br> **OMNIBUS ORDER RE: MOTIONS TO SEAL** <br><br> **(Re: Docket Nos. 212, 223, 229, 236, 245, 247, 255, 257)** |

　　　Before the court are several administrative motions to seal. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2] Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

　　　However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4] Records attached to nondispositive motions therefore are not subject

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

1
Case No. 14-cv-04853-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

to the strong presumption of access.[5] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12] "Within 4 days of the filing of the Administrative

---

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

[12] Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed

Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| **Motion to Seal** | **Document to be Sealed** | **Result** | **Reason/Explanation** |
|---|---|---|---|
| 212 | Novadaq's Motion to Strike the Expert Report of Jesse David | Designations highlighted in yellow at Docket No. 212-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 212 | Exhibit 1 to Novadaq's Motion to Strike | Designations highlighted in black at Docket No. 218-1 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 212 | Exhibit 2 to Novadaq's Motion to Strike | Designations highlighted in black at Docket No. 218-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 212 | Exhibit 8 to Novadaq's Motion to Strike | Designations highlighted in black at Docket No. 218-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Defendants' Motion for Summary Judgment of No Willful Infringement and No Monetary Damages | Designations highlighted in yellow at Docket No. 223-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

---

order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1).

| 223 | Defendants' Motion for Summary Judgment of Non-Infringement Because There Is No Confusion | Designations highlighted in yellow on pages 1:6-7, 2:13-14, 4:15-16, 7:25-8:3, 11:3-8, 14:25, 16:14-23, 17:24, 18:13-16, 18:22-26 at Docket No. 223-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 223 | Defendants' Motion for Summary Judgment of Non-Infringement Based on Right of Priority and Abandonment | Designations highlighted in yellow on pages 9:16-21, 14:13-17:15 at Docket No. 223-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Declaration of Thomas Prescher in Support of Defendants' Motions for Summary Judgment | Designations highlighted in yellow at Docket No. 227-1 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Exhibit 5 to the Welsh Declaration | Designations highlighted in yellow at Docket No. 223-10 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Exhibit 7 to the Welsh Declaration | Designations highlighted in yellow at Docket No. 223-12 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Exhibit 8 to the Welsh Declaration | SEALED | Narrowly tailored to confidential business information. |
| 223 | Exhibit 9 to the Welsh Declaration | Designations highlighted in yellow at Docket No. 223-16 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Exhibit 11 to the Welsh Declaration | SEALED | Narrowly tailored to confidential business information. |
| 223 | Exhibit 12 to the Welsh Declaration | SEALED | Narrowly tailored to confidential business information. |

| 223 | Exhibit 22 to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| --- | --- | --- | --- |
| 223 | Exhibit 23 to the Welsh Declaration | SEALED | Narrowly tailored to confidential business information. |
| 223 | Exhibit 27 to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 223 | Exhibit 29 to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 223 | Exhibit 38 to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 223 | Exhibit 39 to the Welsh Declaration | Docket No. 223-32 at pages 22-29, 38-41, 54-81 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Exhibit 40 to the Welsh Declaration | SEALED | Narrowly tailored to confidential business information. |
| 223 | Exhibit 43 to the Welsh Declaration | Designations highlighted in yellow at Docket No. 223-36 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Exhibit 44 to the Welsh Declaration | Designations highlighted in yellow at Docket No. 223-38 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

| | | | |
|---|---|---|---|
| 223 | Exhibit 45 to the Welsh Declaration | Designations highlighted in yellow at Docket No. 223-40 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Exhibit 56 to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 223 | Exhibit 57 to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 223 | Exhibit 59 to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 223 | Exhibit 60 to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 223 | Exhibit 61 to the Welsh Declaration | Docket No. 223-50 at Bates numbers NVDQ000029765-70, NVDQ000031395-401, NVDQ000043145-52, NVDQ000122549-50, NVDQ000121283-86 SEALED; Docket No. 223-51 at Bates numbers KS013547-48, NVDQ000484777-78, NVDQ000602619-20, NVDQ000607369 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 223 | Exhibit 62 to the Welsh Declaration | Docket No. 223-53 at Bates numbers NVDQ000848099-106 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

6
Case No. 14-cv-04853-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 223 | Exhibit 66 to the Welsh Declaration | SEALED | Narrowly tailored to confidential business information. |
| 223 | Exhibit 67 to the Welsh Declaration | SEALED | Narrowly tailored to confidential business information. |
| 223 | Exhibit 68 to the Welsh Declaration | SEALED | Narrowly tailored to confidential business information. |
| 223 | Exhibit 72 to the Welsh Declaration | SEALED | Narrowly tailored to confidential business information. |
| 229 | Novadaq's Motion for Partial Summary Judgment | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 229 | Exhibit G to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 229 | Exhibit H to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 229 | Exhibit I to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 229 | Exhibit J to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 229 | Exhibit K to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

7
Case No. 14-cv-04853-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 229 | Exhibit L to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 229 | Exhibit M to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 229 | Exhibit O to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 229 | Exhibit P to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 236 | Defendants' Opposition to Novadaq's Motion to Strike the Expert Report of Jesse David | Designations highlighted in yellow at Docket No. 236-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 236 | Exhibit 1 to the Keeler Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 236 | Exhibit 2 to the Keeler Declaration | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 3 to the Keeler Declaration | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 4 to the Keeler Declaration | SEALED | Narrowly tailored to confidential business information. |
| 236 | Exhibit 5 to the Keeler Declaration | SEALED | Narrowly tailored to confidential business information. |

8

Case No. 14-cv-04853-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 236 | Exhibit 6 to the Keeler Declaration | SEALED | Narrowly tailored to confidential business information. |
| 245 | Defendants' Opposition to Novadaq's Motion for Partial Summary Judgment | Designations highlighted in yellow at Docket No. 245-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Novadaq's Consolidated Opposition to Defendants' Motions for Summary Judgment | Designations highlighted in yellow at Docket No. 247-4 SEALED; designations highlighted in green at Docket No. 247-4, except for designations on pages 25 and 35, SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 9 to the Taylor Declaration | Designations highlighted in yellow at Docket No. 247-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 10 to the Taylor Declaration | Designations highlighted in yellow at Docket No. 247-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 11 to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 247 | Exhibit 14 to the Taylor Declaration | Designations highlighted in yellow at Docket No. 247-11 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 19 to the Taylor Declaration | Designations highlighted in yellow at Docket No. 247-13 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

9

Case No. 14-cv-04853-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 247 | Exhibit 20 to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 247 | Exhibit 25 to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 247 | Exhibit 26 to the Taylor Declaration | Designations highlighted in black at Docket No. 253-1 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 30 to the Taylor Declaration | SEALED | Narrowly tailored to confidential business information. |
| 247 | Exhibit 31 to the Taylor Declaration | Designations highlighted in black at Docket No. 253-2 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 32 to the Taylor Declaration | SEALED | Narrowly tailored to confidential business information. |
| 247 | Exhibit 33 to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 247 | Exhibit 34 to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 247 | Exhibit 40 to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

| 247 | Exhibit 46 to the Taylor Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
|---|---|---|---|
| 247 | Exhibit 47 to the Taylor Declaration | Designations highlighted in black at Docket No. 253-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 50 to the Taylor Declaration | Designations highlighted in black at Docket No. 253-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 57 to the Taylor Declaration | Designations highlighted in yellow at Docket No. 247-27 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 58 to the Taylor Declaration | SEALED | Narrowly tailored to confidential business information. |
| 247 | Exhibit 59 to the Taylor Declaration | Designations highlighted in yellow at Docket No. 247-30 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 60 the Taylor Declaration | Designations highlighted in yellow at Docket No. 247-32 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 61 to the Taylor Declaration | Designations highlighted in black at Docket No. 253-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 65 to the Taylor Declaration | SEALED | Narrowly tailored to confidential business information. |

Case No. 14-cv-04853-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| 255 | Novadaq's Reply in Support of Motion for Partial Summary Judgment | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
|---|---|---|---|
| 257 | Defendants' Omnibus Reply to Novadaq's Consolidated Opposition to Defendants' Motions for Summary Judgment | Designations highlighted in yellow on pages 6:2-3, 6:9-10, 11:12-16 at Docket No. 257-4 SEALED; designations highlighted in green at Docket No. 257-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 257 | Exhibit A to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 257 | Exhibit B to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 257 | Exhibit C to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 257 | Exhibit D to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 257 | Exhibit F to the Welsh Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 257 | Exhibit H to the Welsh Declaration | Designations boxed in red at Docket No. 257-16 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

12

Case No. 14-cv-04853-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| 257 | Exhibit J to the Welsh Declaration | Designations boxed in red at Docket No. 257-18 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 257 | Exhibit K to the Welsh Declaration | Designations boxed in red at Docket No. 257-20 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 257 | Exhibit L to the Welsh Declaration | Designations boxed in red at Docket No. 257-22 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 257 | Exhibit M to the Welsh Declaration | UNSEALED | Entire presentation not narrowly tailored to confidential business information. |

**SO ORDERED.**

Dated: October 8, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

13

Case No. 14-cv-04853-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL