UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVADAQ TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KARL STORZ GMBH & CO. K.G., et al., <br><br> Defendants. | Case No. 14-cv-04853-PSG <br><br> **ORDER DENYING REQUEST FOR RULING OF NO PRECLUSION** <br><br> **(Re: Docket Nos. 273, 274)** |

After the close of fact discovery in this trademark infringement case, Plaintiff Novadaq Technologies, Inc. discovered that a Novadaq clinical sales specialist, Heather Arnold, allegedly encountered an instance of actual confusion at the Michael E. DeBakey VA Medical Center in Houston, Texas.[1] The court already has denied Novadaq leave to file a declaration from Arnold in support of its opposition to summary judgment motions by Defendants Karl Storz GmbH & Co., K.G. and Karl Storz Endoscopy-America, Inc.[2] Novadaq now asks the court to rule that it should not be precluded from offering Arnold's testimony at trial.[3] Karl Storz objects, citing the untimeliness of the disclosure and the prejudice that Karl Storz would suffer from the admission.[4] Karl Storz argues that the late disclosure hampers its ability to depose Arnold and obtain discovery from the DeBakey Medical Center employees who Arnold claims were confused, especially given

---

[1] *See* Docket No. 274 at 1-2.

[2] *See* Docket No. 263.

[3] *See* Docket No. 274.

[4] *See* Docket No. 273.

1
Case No. 14-cv-04853-PSG
ORDER DENYING REQUEST FOR RULING OF NO PRECLUSION

the impending deadlines for pretrial filings and the trial date in early January.[5]  In light of this prejudice to Karl Storz, the court DENIES Novadaq's request for a ruling of no preclusion.

**SO ORDERED.**

Dated: October 21, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[5] *See id.* at 4.