1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11

NOVADAQ TECHNOLOGIES, INC.,

Plaintiff,

v.

KARL STORZ GMBH & CO. K.G., et al.,

Defendants.

Case No. 14-cv-04853-PSG

**ORDER GRANTING-IN-PART
MOTION FOR CLARIFICATION**

**(Re:  Docket No. 285)**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Plaintiff Novadaq Technologies, Inc. has filed several motions to exclude the testimony of expert witnesses put forth by Defendant Karl Storz GmbH & Co. KG and its American counterpart Defendant Karl Storz Endoscopy-America, Inc.[1]  Karl Storz moves for clarification, objecting that these separately filed motions violate the court's previous order that the parties each should submit a single, twenty-five-page brief containing all of their motions in limine.[2]  Novadaq points out in opposition that the court regularly hears noticed motions raising *Daubert* challenges separately from other motions in limine, and Novadaq's motions comport with that practice.[3]

On balance, the court agrees with Novadaq.  The parties may file *Daubert* challenges—and only those challenges—as separate motions to exclude, subject to the notice and timing requirements of the Local Rules.  All other motions in limine must comply with the restrictions the

---

[1] *See* Docket Nos. 281, 283.

[2] *See* Docket No. 285; Docket No. 285-2 at 87:20-24.

[3] *See* Docket No. 287 at 2; *see, e.g.*, *Good Tech. Corp. v. AirWatch, LLC*, Case No. 12-cv-5827, Docket Nos. 231, 233; *Good Tech. Corp. v. MobileIron, Inc.*, Case No. 12-cv-5826, Docket Nos. 293-4, 296, 358, 361.

1    court issued earlier.  The relief that Karl Storz seeks is DENIED.

2    **SO ORDERED.**

3    Dated: November 3, 2015

4                                                      _____
                                                       PAUL S. GREWAL
5                                                      United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 14-cv-04853-PSG
ORDER GRANTING-IN-PART MOTION FOR CLARIFICATION

United States District Court
Northern District of California