JENNIFER LEE TAYLOR (CA SBN 161368)
*JTaylor@mofo.com*
STUART C. PLUNKETT (CA SBN 187971)
*SPlunkett@mofo.com*
JOYCE LIOU (CA SBN 277720)
*JLiou@mofo.com*
KEVIN LOVE HUBBARD (CA SBN 290759)
*KHubbard@mofo.com*
MOLLY A. SMOLEN (CA SBN 293328)
*MSmolen@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NOVADAQ TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOVADAQ TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> KARL STORZ GMBH & CO. KG and KARL STORZ ENDOSCOPY-AMERICA, INC. <br><br> Defendants. | Case No. 5:14-cv-04853-PSG <br><br> **[~~PROPOSED~~] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM** <br><br> **TRIAL** |

1        WHEREAS, Novadaq Technologies Inc. ("Novadaq"), seeks to use certain equipment and devices at trial starting on January 4, 2016;

         NOW THEREFORE, Novadaq seeks an order permitting the following:

1.       Novadaq and its attorneys, paralegals, assistants and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at trial beginning on January 4, 2016;

2.       Novadaq and its attorneys, paralegals, assistants and consultants may bring the physical device bearing the trademark into the courtroom for use at trial beginning on January 4, 2016; and

3.       Beginning at 7:30 a.m. on Monday, January 4, 2016, Novadaq may have access to the courtroom to set up and test the above equipment so that it will be prepared to proceed with trial as scheduled.

**IT IS SO ORDERED.**

Dated:  _December 29_, 2015

                                    _Paul S. Grewal_
                                    HONORABLE PAUL S. GREWAL
                                    United States Magistrate Judge