Alfredo A. Bismonte (Cal. Bar. No. 136154)
Kimberly P. Zapata (Cal. Bar. No. 138291)
Beck, Bismonte & Finley, LLP
150 Almaden Blvd, 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: abismonte@beckllp.com
       kzapata@beckllp.com

Wesley W. Whitmyer, Jr. (*pro hac vice*)
Walter B. Welsh (*pro hac vice*)
Michael J. Kosma (*pro hac vice*)
Stephen Ball (*pro hac vice*)
Michael A. Lavine (*pro hac vice*)
Robert D. Keeler (*pro hac vice*)
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, Connecticut 06901
Tel: (203) 703-0800
Fax: (203) 703-0801
Email: wwhitmyer@whipgroup.com
       wwelsh@whipgroup.com
       mkosma@whipgroup.com
       sball@whipgroup.com
       mlavine@whipgroup.com
       rkeeler@whipgroup.com

Attorneys for Defendants,
Karl Storz GmbH & Co. KG and
Karl Storz Endoscopy-America, Inc.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NOVADAQ TECHNOLOGIES INC.<br><br>Plaintiff,<br><br>v.<br><br>KARL STORZ GMBH & CO. KG and KARL STORZ ENDOSCOPY-AMERICA, INC.<br><br>Defendants. | **Case No. 5:14-04853 -PSG**<br><br>[~~PROPOSED~~] **ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM**<br><br>**Hon. Paul S. Grewal** |

WHEREAS, Defendants Karl Storz GmbH & Co. KG and Karl Storz Endoscopy-America, Inc. (collectively "Karl Storz" or "Defendants") seek to use equipment and devices at trial beginning on January 4, 2015.

NOW THEREFORE, Karl Storz seeks an order permitting the following:

1. Karl Storz and its attorneys, paralegals, assistants, and consultants may bring laptop computers, remote controls and peripheral devices for the same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, various cables, cords, and power strips, A/B switches, samples of Karl Storz products relevant to this litigation, and related equipment into the courtroom for use at trial beginning on January 4, 2016;

2. Karl Storz and its attorneys, paralegals, assistants, and consultants may bring samples of its products into the courtroom for use at trial beginning on January 4, 2016; and

3. Beginning at 7:30 A.M. on Monday, January 4, 2016, Karl Storz may have access to the courtroom to set up and test the above equipment so that it will be prepared to proceed with trial as scheduled.

IT IS SO ORDERED.

Date: December 29, 2015

Hon. Paul S. Grewal
United States Magistrate Judge